In the Matter of the Claim of SAM CHACKREN, Respondent, against ALEX BERMAN and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed on the ground that the evidence does not establish earning capacity during the period of the award, and claim remitted to take further proof on that subject, with costs against the State Industrial Board to abide the event. Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ., concur.

In the Matter of the Claim of MELVILLE DUNTZ, Respondent, against LUCKEY PLATT AND COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

In the Matter of the Claim of PELEG JENNINGS, Respondent, against THE COUNTY OF MADISON, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

In the Matter of the Claim of ANNA BERGMAN, Respondent, against CONSOLIDATED TELEGRAPH AND ELECTRICAL SUBWAY COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

In the Matter of the Claim of GEORGE W. KOCH, Appellant, against HOLLAND FURNACE COMPANY and Another, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Decision unanimously affirmed. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

In the Matter of the Claim of GERTRUDE FISSLER, Respondent, against SHIRTON'S LAUNDRY COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

In the Matter of the Claim of JOHN J. CUMMINGS, Respondent, against NEW YORK STATE RAILWAYS, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

In the Matter of the Claim of ANNA JANUSZ, Appellant, against BUFFALO PORCELAIN ENAMELING CORPORATION and Another, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Decision unanimously affirmed. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

In the Matter of the Claim of MARIA GRENA, Respondent, against FRED F. FRENCH MANAGEMENT Co., INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

In the Matter of the Claim of JOHN P. MCLAREN, Respondent, against JOHN W. COWPER Co., INC., Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.